NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

WILLIAM P. MOORE, III, as trustee for          )
the William P. Moore, III, Revocable           )
Trust,                                          )
                                                )
        Appellant,                             )
                                                )
v.                                              )          Case No. 2D17-2205
                                                )
ALEXANDRA WEINER and MICHAEL                    )
WEINER,                                         )
                                                )
        Appellees.                             )
_____ )

Opinion filed April 18, 2018.

Appeal from the Circuit Court for Lee
County; Keith Kyle, Judge.

Theodore L. Tripp, Jr. and Allison B.
Christensen of Hahn Loeser & Parks
LLP, Fort Myers, for Appellant.

Mark A. Ebelini of Knott Ebelini Hart,
Fort Myers, for Appellees.


PER CURIAM.


        Affirmed.


CASANUEVA, SALARIO, and BADALAMENTI, JJ., Concur.